IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONALD L. WHITE,**                                                                                          **PLAINTIFF**
**ADC #117621**

**v.**            Case No. 4:15-cv-00372-KGB-JTK

**SGT. TEEL**                                                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 28th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE